UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos R. Rivera Negron, et al.,
    Plaintiffs,
        v.                                      CASE NUMBER: 98-2311 (HL)
First Bank,
    Defendant.

| MOTION |
|---|
| Date Filed: 10/18/99    Docket # 6    [x] Plffs [] Defts<br>Title: Motion for Extension of Time to Answer Interrogatories<br>Opp'n Filed:    Docket # |
| **ORDER** |
| Granted. Plaintiff has until November 4, 1999 to answer the interrogatories. |

Date 10/25/99    HECTOR M. LAFFITTE
                            Chief U.S. District Judge

Rec'd:    EOD:

By:    #

[Stamp: RECEIVED & FILED, 99 OCT 26 PM 2:24, CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, P.R.]