UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RESETTING**                DATE: May 24, 2000

Carlos Rivera-Negron, et al    *
                               *
                               *
        Plaintiffs             *
                               *
                               *
VS                             *       Civ. 98-2311 (HL)
                               *
                               *
First Bank                     *
                               *
                               *
                               *
        Defendant              *

By order of the Court, the Pretrial and Settlement Conference scheduled for June 6, 2000 is hereby reset for June 8, 2000 at 4:00 P.M.

These proceedings shall be held before Hon. Hector M. Laffitte.

_____
COURTROOM DEPUTY CLERK

Parties to be notified.