UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos R. Rivera Colon, et al.,
    Plaintiffs,
    V.
FirstBank Puerto Rico,
    Defendant.

CASE NUMBER: 98-2311 (HL)

## MOTION

Date Filed: 6/7/00    Docket #11    [x] Plffs  [x] Defts
Title: Stipulation for Voluntary Dismissal
Opp'n Filed:    Docket #

## ORDER

The Court hereby approves the parties' settlement. Judgment shall be entered accordingly.

Date 6/8/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


