ENTERED ON DOCKET
6/9/00
PURSUANT TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Carlos R. Rivera Negron, et al.,
   Plaintiffs,
V.
FirstBank Puerto Rico,
   Defendant.

CASE NUMBER: 98-2311 (HL)

## JUDGMENT

The Court having approved the parties' settlement stipulation, judgment is hereby entered dismissing this case with prejudice.

Date 6/8/00

HECTOR M. LAFFITTE
Chief United States District Judge


